Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Allied Healthcare Products, Inc.**     Case No. _____
                      Debtor(s)     Chapter **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **0-19266**.

2. The following financial data is the latest available information and refers to the debtor's condition on **12/31/2022**.

   a. Total assets     $ **18,727,498.00**

   b. Total debts (including debts listed in 2.c., below)     $ **10,568,002.00**

   c. Debt securities held by more than 500 holders:

| | | | | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock     0     0

   e. Number of shares common stock     4,013,537     34

   Comments, if any:
   **The number of holders of record of the Company's common stock does not represent the actual number of beneficial owners because securities dealers and others frequently hold shares in "street name" for the benefit of individual owners who have the right to vote shares.**

3. Brief description of Debtor's business:
   **Medical Device Manufacturer**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Gideon J. Weil - 5.0%**

Official Form 201A     Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11