**Fill in this information to identify the case:**

Debtor name  **Allied Healthcare Products, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  23-41607

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/08/2023     x _____
Signature of individual signing on behalf of debtor

**Akash Amin**
Printed name

**President and Chief Restructuring Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Allied Healthcare Products, Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**
Case number (if known): 23-41607

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| C.T. Male Associates<br>50 Century Hill Dr.<br>Latham, NY 12110 | Kirk Moline<br>k.moline@ctmale.com<br>518-786-7400 | Trade debt | | | | $68,627.48 |
| Catalina Cylinders<br>2400 Aluminum Ave.<br>Hampton, VA 23661 | T. Cundiff<br>tcundiff@catalinacylinders.com<br>757-896-9100 | Trade debt | | | | $40,302.57 |
| Cheen Houng Enterprise<br>23 Alley II Lane 65 San Dreen Street<br>Shulin, Taipei<br>Taiwan 23805 | Leo Chein<br>chtwn@ms21.hinet.net<br>886226892001 | Trade debt | | | | $154,473.46 |
| Conbraco Industries Inc.<br>PO Box 247<br>Matthews, NC 28106 | Jodi Chapman<br>jodi.chapman@aalberts-ips.com<br>704-841-6000 | Trade debt | | | | $36,262.13 |
| Dist. No. 9, Int'l Assoc. of Machinists<br>12365 St. Charles Rock Rd.<br>Bridgeton, MO 63044 | Joe Eccardt<br>jeccardt@district9.org<br>314-739-6442 | | Contingent<br>Unliquidated<br>Disputed | | | $17,475,671.00 |
| EMG Technology Co., Ltd.<br>No. 58, 35th Rd.<br>Taichung Ind. Park<br>Shi Tuen District<br>Taichung Taiwan 40768 | Jason Huang<br>jason@emgtech.com.tw<br>+866-4-2359-6031 | Trade Debt | | | | $147,722.30 |

Debtor **Allied Healthcare Products, Inc.**
Name

Case number *(if known)* 23-41607

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fres-Co System USA, Inc.**<br>**3005 State Road**<br>**Telford, PA 18969** | **A. Williams**<br><br>awilliams@fresco.com<br>215-721-4600 | **Trade debt** | | | | $52,714.50 |
| **Gardner Denver**<br>**1800 Gardner Expressway**<br>**Quincy, IL 62305** | **Brittany Weathers**<br><br>brittany.weathers@irco.com<br>1-217-277-8127 | **Trade debt** | | | | $72,448.63 |
| **Gast Manufacturing Corp.**<br>**PO Box 97**<br>**Benton Harbor, MI 49022** | **Charlie Burns**<br><br>cburns@idexcorp.com<br>269-934-1229 | **Trade debt** | | | | $117,822.54 |
| **Golden Ocean Inc.**<br>**No 412-17 Fengzhou Rd.**<br>**Shangang District**<br>**Taichung City,**<br>**Taiwan 42945** | **Victor Liao**<br><br>usawish@gmail.com<br>+886-4-2529-0585 | **Trade debt** | | | | $101,159.80 |
| **John Henry Foster Co. Inc.**<br>**Attn: Martha Page**<br>**4700 Lebourget Drive**<br>**Saint Louis, MO 63134-0820** | **Martha Page**<br><br>mpgae@jhf.com<br>314-427-0600 | **Trade debt** | | | | $60,399.97 |
| **Matheson Tri-Gas Inc.**<br>**909 Lake Carolyn Parkway**<br>**Irving, TX 75039** | **C. Joniak**<br><br>cjoniak@mathesongas.com<br>972-560-5700 | **Trade debt** | | | | $39,801.88 |
| **New York State Dept. of Envir. Conserv.**<br>**Remedial Bureau B, Section D**<br>**625 Broadway, 12th Floor**<br>**Albany, NY 12233-7012** | **Jennifer Dougherty**<br><br>jennifer.dougherty@dec.ny.gov<br>518-402-8044 | **Government Contract** | **Unliquidated** | | | $600,000.00 |
| **Porex Corporation**<br>**500 Bohannon Rd.**<br>**Fairburn, GA 30213** | **Ronald Geisler**<br><br>ron.geisler@filtrationgroup.com<br>800-241-0195 | **Trade debt** | | | | $52,621.80 |

Debtor __Allied Healthcare Products, Inc.__   Case number (if known) __23-41607__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim - Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Riverdale Packing Corporation<br>7301 Hazelwood Ave.<br>Hazelwood, MO 63042-2909 | Janie Albers<br>janie@riverdalecorp.com<br>314-298-8980 | Trade debt | | | | $67,176.07 |
| Sarchem Laboratories<br>5012 Industrial Rd.<br>Farmingdale, NJ 07727 | Dr. Sara Kumar<br>sara.kumar@sarchemlabs.com<br>732 938 2777 | Trade debt | | | | $53,500.00 |
| Selig Group<br>5569 33rd St. SE<br>Grand Rapids, MI 49512 | Brenda Tower<br>btower@seliggroup.com<br>616-949-9090 | Trade debt | | | | $37,020.00 |
| Semco Plastic Co.<br>5301 Old Baumgartner Rd.<br>Saint Louis, MO 63129 | Audrey Word<br>aword@semcoplastics.com<br>314-487-4557 | Trade Debt | | | | $39,110.19 |
| Underwriters Laboratories<br>333 Pfingsten Rd.<br>Northbrook, IL 60062 | P.D. Jyothilakshmy<br>jyothilakshmy.pd@ul.com<br>847-664-2306 | Trade debt | | | | $105,593.15 |
| Wonderlife Technology Inc.<br>No. 412-17 Fengzhou Rd.<br>Shengang District<br>Taichung City, Taiwan 42945 | Victor Liao<br>usawish@gmail.com<br>+886-4-2529-0585 | Trade debt | | | | $205,363.42 |